

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RTP:VAZ/LZ
F. #2021R00651

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 26, 2022

<u>By ECF and E-mail</u>

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   <u>United States v. Jane Doe</u>
           <u>Criminal Docket No. 22-269 (DLI)</u>

Dear Judge Irizarry:

      A change of plea hearing is scheduled for November 2, 2022 at 12:00 p.m. in the above-referenced matter. The government respectfully submits in a separate filing a motion and proposed order to close the courtroom for the above-described proceeding. For the reasons stated in the motion, the government requests that the motion and any order entered by the Court be filed under seal.

      Defense counsel has been advised of the closure motion. Defense counsel also has been provided with a copy of this letter and copies of the separately filed motion and proposed order.

Respectfully submitted,

BREON PEACE
United States Attorney

By:    /s/                 
        Victor Zapana
        Laura Zuckerwise
        Assistant U.S. Attorneys
        (718) 254-7000

cc:    Clerk of the Court (DLI) (by E-mail)
       Defense counsel (by E-mail)